IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| FRANKY C. AMERSON, JR.,   *<br>                              *<br>     Plaintiff,              *<br>                              *<br>     v.                       *      CV 323-069<br>                              *<br>KILOLO KIJAKAZI, Acting       *<br>Commissioner of Social Security, *<br>                              *<br>     Defendant.               * | |

O R D E R

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Government's request, with no opposition from Plaintiff, to remand this action, **IT IS ORDERED** that the Commissioner's decision is hereby **REVERSED** with a remand of the case to the Commissioner for appropriate agency action.

Upon remand, the Administrative Law Judge shall take any necessary action to complete the administrative record to include offering Plaintiff the opportunity for a new hearing; further evaluate whether Plaintiff can perform his past relevant work as he actually performed it or as it is generally performed; and issue a new decision.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia this 13th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE